IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

ROVER PIPELINE LLC,

       **Plaintiff,**

v.                                       **Civil Action No. 1:18-cv-00091-JPB**

ROVER TRACT NO(S). WV-DO-SHB-016.000-ROW,
COMPRISED OF PERMANENT EASEMENT(S) TOTALING 3.21 ACRES,
MORE OR LESS, AND TEMPORARY EASEMENT(S) TOTALING 3.05 ACRES,
MORE OR LESS, OVER A PARCEL OF LAND IN GRANT DISTRICT,
DODDRIDGE COUNTY, WEST VIRGINIA, CONSISTING OF 144.50 ACRES, AS
MORE PARTICULARLY DESCRIBED HEREIN, ET AL.,

       **Defendants.**

## MOTION TO DISMISS CIVIL ACTION WITHOUT PREJUDICE

       Plaintiff Rover Pipeline LLC ("Rover"), by its counsel, hereby moves this Court to enter an order dismissing this civil action, without prejudice, pursuant to Federal Rule of Civil Procedure 71.1(i)(2).  In support of its motion, Rover further states as follows:

       1.    Rover initiated this pipeline condemnation action pursuant to the Natural Gas Act, seeking to condemn certain easements located along a Federal Energy and Regulatory Commission-approved pipeline, including the easements (the "Easements") that are the subject of this action.

       2.    Rover named Jerry E. Hyatt as a defendant in this civil action, as records show that he owns the surface of the tract of land upon which the Easements are located (the "Parent Tract").

       3.    Jerry E. Hyatt died on August 21, 2018 and his interest in the Parent Tract passed to the Estate of Jerry E. Hyatt ("Surface Owner").

4.     Rover and the Surface Owner reached a settlement agreement, whereby Rover obtained the necessary access and easement agreements with respect to the Easements. Accordingly, Rover no longer seeks to acquire any interests through this civil action.

5.     Rover also named the following Defendants for their mineral, easement, or lien interests in the Parent Tract:

1)     Michael Ross a/k/a Mike Ross;

2)     Waco Oil & Gas Co., Inc.;

3)     Patrick Dean Leggett;

4)     Zadok M. Leggett;

5)     Kelleigh D. Leggett;

6)     Janice Kay Snider;

7)     Eleanor Frances DeLawder;

8)     Randall Richard Leggett;

9)     Elizabeth Ann Guido;

10)    Bernard Keith Leggett;

11)    S.J.J. Leggett Family, LLC;

12)    Carolyn Sue Gaskins;

13)    Jennifer L. Powers;

14)    Freda B. Jones;

15)    Brenda Jo Fulton;

16)    Beverlee Ann Fenton;

17)    Jeffrey Scott Anderson;

18)    Kimberly Kay Anderson;

19)    Eric Thomas Anderson;

20)    Lorelei F. Phillips;

21)     Timothy C. Phillips;

22)     Alice Brannon Smith;

23)     Virginia Brannon Gascon;

24)     Virginia R. Brannon;

25)     Standard Land Company, LLC;

26)     William H. Lively;

27)     E. Leslie Hoffman III;

28)     Thomas Scott Hoffman;

29)     H3 LLC;

30)     KAJ, LLC;

31)     Energy Holdings LLC;

32)     Elizabeth Ann Smith;

33)     Charles L. Pearcy III;

34)     Judy R. Garner;

35)     Debra Kay Cantrell;

36)     EMAX Oil Company;

37)     Glynda L. Caray;

38)     James David Zellerbach III;

39)     James David Zellerbach IV;

40)     Joseph A. Prucka;

41)     Richard R. Valenta;

42)     Lisa A. Prucka, Trustee of the Connie Prucka Irrevocable Power of Appointment Trust, for Steven W. Prucka, heir of Margaret D. Prucka;

43)     The Heirs, Successors, and Assigns of Margaret D. Prucka;

44) The Heirs, Successors, and Assigns of Connie Prucka;

45) Steven W. Prucka, individually, or c/o Lisa A. Prucka;

46) Karen V. Knechtges;

47) The Heirs, Successors, and Assigns of Vinton W. Knechtges;

48) The Heirs, Successors, and Assigns of Suzanne Jean Cody Knechtges;

49) The Heirs, Successors, and Assigns of Vinton W. Knechtges II;

50) The Heirs, Successors, and Assigns of Dr. Joseph D. Beck;

51) Sarah Kirby;

52) William B. Van Doren;

53) James E. Van Doren;

54) Donald R. Anderson;

55) White & Ellis Drilling Co. Inc.;

56) Michael J. Worswick, Individually, as Executor of the Estate of Harold G. Worswick, and as Trustee of the Harold G. Worswick Trust;

57) Chad J. Harkness;

58) Erin E. Sutton;

59) St. Francis Hospital Fund aka St. Francis Health Foundation aka St. Francis Health Center Foundation;

60) Mary Wolverton;

61) Harold Wolverton;

62) Walton Wolverton;

63) Eugene Wolverton;

64)    Mary Lou Varner Wright;

65)    Sue Ann Provenzano;

66)    James Robert Zeigler, Jr.;

67)    Constance Glover aka Connie Glover;

68)    Wallace Glover, Jr.;

69)    Donna S. Dowler;

70)    Lou Ann Devries;

71)    Cheryl L. Swain;

72)    John B. Wolverton, Jr.;

73)    Karen Beth Smell;

74)    Susan W. Lee;

75)    Lewis K. Peters;

76)    Robert Arthur Friend, II;

77)    Randall Eric Friend;

78)    Jessie M. Wolverton;

79)    Phyliss M. Harvey;

80)    The Heirs, Successors, and Assigns of John P. Conn;

81)    Hinu Funmaker;

82)    Wiha Pearl Funmaker; and

83)    DFW Midstream Services LLC

(collectively, the "Other Defendants").

6.    The Other Defendants have not alleged any compensable interference with their interests in the Parent Tract.

7.    Pursuant to Federal Rule of Civil Procedure 71.1(i)(2), "[t]he court may at any time dismiss a defendant who was unnecessarily or improperly joined." Fed. R. Civ. P. 71.1(i)(2).

8.    As Rover obtained the necessary access and easement agreements with respect to the Easements from the Surface Owner and no longer seeks to acquire any interests through this civil action, the defendants are no longer necessary parties in this civil action.

9.    Based on the foregoing, Rover respectfully moves the Court to dismiss this civil action, without prejudice.

10.    Rover respectfully requests that the $3,500.00 deposited with the Clerk of the Court, representing the amount estimated as just compensation for the Easements sought by Rover, be refunded to Rover.

11.    Rover respectfully requests that the Court continue to have jurisdiction over the parties if a dispute arises between them.

Wherefore, Rover respectfully requests that the Court enter an order granting its Motion to Dismiss Civil Action Without Prejudice pursuant to Federal Rule of Civil Procedure 71.1(i)(2).

/s/ Lori A. Dawkins
Lori A. Dawkins (WV Bar #6880)
Steptoe & Johnson PLLC
lori.dawkins@steptoe-johnson.com
400 White Oaks Boulevard
Bridgeport, West Virginia 26330
(303) 389-4300

Lauren A. Williams (WV Bar #11943)
Steptoe & Johnson PLLC
lauren.williams@steptoe-johnson.com
400 White Oaks Boulevard

Bridgeport, West Virginia 26330
(304) 933-8000

William D. Wilmoth (WV Bar #4075)
Steptoe & Johnson PLLC
william.wilmoth@steptoe-johnson.com
1233 Main Street, Suite 3000
Wheeling, West Virginia 26003
(304) 233-0000

*Counsel for Plaintiff Rover Pipeline LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 13th day of August 2020, I electronically filed the foregoing **"*Motion to Dismiss Civil Action Without Prejudice*"** with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all participants of record.

<u>            /s/ Lori A. Dawkins            </u>

11577507