IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

**ROVER PIPELINE LLC,**

    **Plaintiff,**

v.                                           Civil Action No. 1:18-cv-00091-JPB

**ROVER TRACT NO(S). WV-DO-SHB-016.000-ROW,
COMPRISED OF PERMANENT EASEMENT(S) TOTALING 3.21 ACRES,
MORE OR LESS, AND TEMPORARY EASEMENT(S) TOTALING 3.05 ACRES,
MORE OR LESS, OVER A PARCEL OF LAND IN GRANT DISTRICT,
DODDRIDGE COUNTY, WEST VIRGINIA, CONSISTING OF 144.50 ACRES, AS
MORE PARTICULARLY DESCRIBED HEREIN, ET AL.,**

    **Defendants.**

## ORDER DISMISSING CIVIL ACTION WITHOUT PREJUDICE

On August 13, 2020, Plaintiff Rover Pipeline LLC ("Rover"), by its counsel, filed its "Motion to Dismiss Civil Action Without Prejudice" ("Motion"), seeking the entry of an order dismissing this civil action, without prejudice, pursuant to Federal Rule of Civil Procedure 71.1(i)(2). Upon consideration of the Motion, the Court finds as follows:

1. Rover named Jerry E. Hyatt as defendant in this civil action.

2. Jerry E. Hyatt died on August 21, 2018 and his interest in the Parent Tract passed to the Estate of Jerry E. Hyatt ("Surface Owner").

3. Rover and Surface Owner reached a settlement agreement, whereby Rover obtained the necessary access and easement agreements with respect to the Easements. Accordingly, Rover no longer seeks to acquire any interests through this civil action.

4. Rover also named the following Defendants for their mineral, easement, or lien interests in the Parent Tract:

    1) Michael Ross a/k/a Mike Ross;

2) Waco Oil & Gas Co., Inc.;

3) Patrick Dean Leggett;

4) Zadok M. Leggett;

5) Kelleigh D. Leggett;

6) Janice Kay Snider;

7) Eleanor Frances DeLawder;

8) Randall Richard Leggett;

9) Elizabeth Ann Guido;

10) Bernard Keith Leggett;

11) S.J.J. Leggett Family, LLC;

12) Carolyn Sue Gaskins;

13) Jennifer L. Powers;

14) Freda B. Jones;

15) Brenda Jo Fulton;

16) Beverlee Ann Fenton;

17) Jeffrey Scott Anderson;

18) Kimberly Kay Anderson;

19) Eric Thomas Anderson;

20) Lorelei F. Phillips;

21) Timothy C. Phillips;

22) Alice Brannon Smith;

23) Virginia Brannon Gascon;

24) Virginia R. Brannon;

25) Standard Land Company, LLC;

26) William H. Lively;

27) E. Leslie Hoffman III;

28) Thomas Scott Hoffman;

29) H3 LLC;

30) KAJ, LLC;

31) Energy Holdings LLC;

32) Elizabeth Ann Smith;

33) Charles L. Pearcy III;

34) Judy R. Garner;

35) Debra Kay Cantrell;

36) EMAX Oil Company;

37) Glynda L. Caray;

38) James David Zellerbach III;

39) James David Zellerbach IV;

40) Joseph A. Prucka;

41) Richard R. Valenta;

42) Lisa A. Prucka, Trustee of the Connie Prucka Irrevocable Power of Appointment Trust, for Steven W. Prucka, heir of Margaret D. Prucka;

43) The Heirs, Successors, and Assigns of Margaret D. Prucka;

44) The Heirs, Successors, and Assigns of Connie Prucka;

45) Steven W. Prucka, individually, or c/o Lisa A. Prucka;

46) Karen V. Knechtges;

47) The Heirs, Successors, and Assigns of Vinton W. Knechtges;

48) The Heirs, Successors, and Assigns of Suzanne Jean Cody Knechtges;

49) The Heirs, Successors, and Assigns of Vinton W. Knechtges II;

50) The Heirs, Successors, and Assigns of Dr. Joseph D. Beck;

51) Sarah Kirby;

52) William B. Van Doren;

53) James E. Van Doren;

54) Donald R. Anderson;

55) White & Ellis Drilling Co. Inc.;

56) Michael J. Worswick, Individually, as Executor of the Estate of Harold G. Worswick, and as Trustee of the Harold G. Worswick Trust;

57) Chad J. Harkness;

58) Erin E. Sutton;

59) St. Francis Hospital Fund aka St. Francis Health Foundation aka St. Francis Health Center Foundation;

60) Mary Wolverton;

61) Harold Wolverton;

62) Walton Wolverton;

63) Eugene Wolverton;

64) Mary Lou Varner Wright;

65) Sue Ann Provenzano;

66) James Robert Zeigler, Jr.;

67) Constance Glover aka Connie Glover;

68) Wallace Glover, Jr.;

69) Donna S. Dowler;

70) Lou Ann Devries;

71) Cheryl L. Swain;

72) John B. Wolverton, Jr.;

73) Karen Beth Smell;

74) Susan W. Lee;

75) Lewis K. Peters;

76) Robert Arthur Friend, II;

77) Randall Eric Friend;

78) Jessie M. Wolverton;

79) Phyliss M. Harvey;

80) The Heirs, Successors, and Assigns of John P. Conn;

81) Hinu Funmaker;

82) Wiha Pearl Funmaker; and

83) DFW Midstream Services LLC

(collectively, the "Other Defendants").

5. The Other Defendants have not alleged any compensable interference with their interests in the Parent Tract.

6. Pursuant to Federal Rule of Civil Procedure 71.1(i)(2), "[t]he court may at any time dismiss a defendant who was unnecessarily or improperly joined." Fed. R. Civ. P. 71.1(i)(2).

7. As Rover obtained the necessary access and easement agreements with respect to the Easements from the Surface Owner and no longer seeks to acquire any interests through this civil action, the defendants are no longer necessary parties in this civil action.

Accordingly, this Court GRANTS the Motion and ORDERS that:

(a) the Clerk is directed to pay out to Rover the balance of the deposit in the amount of $3,500.00, plus any allowable interest, less costs or expenses, if any, due to the Court or Clerk by virtue of this civil action, by check made payable to "Rover Pipeline LLC," and mailed to:

> Rover Pipeline LLC,
> c/o Lauren A. Williams, Esq.
> Steptoe & Johnson PLLC
> 400 White Oaks Boulevard
> Bridgeport, WV 26330;

(b) any bond in place in this action is hereby CANCELLED and VOIDED;

(c) following the disbursement of the deposit to Rover as directed herein, this action shall be DISMISSED, without prejudice, with all parties to bear their own respective costs and attorneys' fees; and

(d) after the defendants are dismissed from this civil action, without prejudice, the Court will continue to have jurisdiction over the parties if a dispute arises between them.

It is so ORDERED.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

ENTER: 8.13.2020

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

Prepared and submitted by:

_/s/ Lori A. Dawkins_
Lori A. Dawkins (WV Bar #6880)
Steptoe & Johnson PLLC
lori.dawkins@steptoe-johnson.com
400 White Oaks Boulevard
Bridgeport, West Virginia 26330
(303) 389-4300

Lauren A. Williams (WV Bar #11943)
Steptoe & Johnson PLLC
lauren.williams@steptoe-johnson.com
400 White Oaks Boulevard
Bridgeport, West Virginia 26330
(304) 933-8000

William D. Wilmoth (WV Bar #4075)
Steptoe & Johnson PLLC
william.wilmoth@steptoe-johnson.com
1233 Main Street, Suite 3000
Wheeling, West Virginia 26003
(304) 233-0000

*Counsel for Plaintiff Rover Pipeline LLC*

11578903